UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CHATMAN,<br><br>Defendant. | CASE NO. MJ 16-154<br><br>DETENTION ORDER |

Offense charged: Felon in Possession of a Firearm

Date of Detention Hearing: August 26, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint with the above-listed offense. Defendant's

lengthy criminal record includes numerous charges of domestic violence assault, as well as felonious assault, aggravated robbery, kidnapping, harassment, identity theft and possession of stolen property. There are active bench warrants, as well as other bench warrant activity on numerous occasions in his past criminal record. His record shows lack of compliance with supervision.

2. Defendant was not interviewed, so much of his background information is not known or is unverified. He does not contest entry of an order of detention.

3. Defendant poses a risk of nonappearance based on a history of failure to appear, noncompliance while on supervision, active bench warrants, and lack of verified background information. Defendant poses a risk of danger due to criminal history and the instant offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of August, 2016.

Mary Alice Theiler
United States Magistrate Judge